

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

February 10, 2023

<u>US v. Daniel Abayev, 22 Crim 655</u>

Your Honor:

I represent Mr. Daniel Abayev in the above referenced matter. Mr. Abayev asks for the area in which Mr. Abayev can travel while under supervision be expanded to the Eastern District of Pennsylvania. Mr. Abayev is in complete compliance with all pre-trial obligations. He is monitored by an ankle bracelet. He has no criminal history. He is an American citizen. He previously surrendered his US Passport to pre-trial services.

Mr. Abayev asks the Court that he be permitted to travel to: 435 Raymondskill Road, Milford, Pennsylvania 18337. He and his family own a home there which is under construction. He has numerous obligations concerning supervision of the building project.

The Government has no objection to this request.

/s/Matthew D. Myers
Attorney for Mr. Abayev

2/13/2023
The requested travel modification is granted. Mr. Abayev may travel to the Eastern District of Pennsylvania provided he gives Pretrial Services an itinerary each time. SO ORDERED.

*Paul A. Crotty*