

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

February 11, 2023

<u>US v. Daniel Abayev, 22 Crim 655</u>

Your Honor:

I represent Mr. Daniel Abayev in the above referenced matter. Mr. Abayev asks the Court for permission to travel to the Law Offices of Robert Stahl at 53 Cardinal Drive- 3rd Floor, Westfield, NJ 07090 on February 15, 2023 from 12 noon until 4pm where he will then return to his apartment in Queens, NY. The purpose of travel is to review the discovery with all parties including his attorney as well as the co-defendant's counsel.

The Government has no objection to this request.

/s/Matthew D. Myers
Attorney for Mr. Abayev

2/15/2023
Permission granted. SO ORDERED.

*Paul A. Crotty*

N ♦ Y ♦ C