

**Myers & Galiardo, LLP** | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

July 18, 2023

*[handwritten: 7/19/2023 The request is granted. So ordered. Paul Crotty USDJ]*

<u>US v. Daniel Abayev, 22 Crim 655</u>

Your Honor:

I represent Mr. Daniel Abayev in the above referenced matter. Mr. Abayev has been fully compliant with all conditions of his release. We request of this Court that the curfew and electric monitoring conditions be removed as they no longer appear to be necessary to ensure Mr. Abayev's appearances in court or be necessary to restrict/monitor the defendant's movements.

As stated Mr. Abayev is in complete compliance with all pre-trial obligations. He has been monitored by an ankle bracelet without any incidents. He has no criminal history. This is a non-violent matter. Mr. Abayev is an American citizen. He previously surrendered his US Passport to Pre-Trial Services.

The Government takes no position to this request. Mr. Abayev's Pre Trial Officer has been contacted by our offices. The officer has no objection to the removal of these restrictions.

/s/Matthew D. Myers
Attorney for Mr. Abayev