

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

Hon. Paul A. Crotty  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312

March 11, 2024

### United States v. Daniel Abayev, 22 CR 655(PAC)

Dear Judge Crotty:

  This letter is submitted on behalf of Daniel Abayev in the above referenced matter. Because of several family issues the defendant is asking that his surrender date at the Federal Correctional Institution at Otisville, NY be moved to an earlier date. We are requesting that his initially scheduled surrender date of June 21, 2024 be moved to the earlier date of April 5, 2024. Thank you for your consideration of this matter.

              Respectfully submitted,

              /x/Matthew D. Myers  
              Attorney for Daniel Abayev

Cc: AUSAs Kevin Mead & Steven Kochevar via email

3/12/2024  
Mr. Abayev is directed to surrender on  
4/5/2024 at the institution designated by  
the BOP. SO ORDERED.

*Paul A. Crotty*

N ◆ Y ◆ C