```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :
              -v-                                                :   22 Cr. 655 (JPC)
                                                                 :
DANIEL ABAYEV,                                                   :   ORDER
                                                                 :
                     Defendant.                                  :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Government shall file a response to Defendant's motion for a sentence reduction, Dkt. 65, by April 11, 2025.

SO ORDERED.

Dated: March 27, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge